# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2018

Stephen J. Markman,
Chief Justice

158061(36)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

FORD MOTOR COMPANY,
       Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
       Defendant-Appellee.

_____/

SC: 158061
COA: 338784
Ct of Claims: 16-000042-MT

On order of the Chief Justice, the motion of the Michigan Manufacturers Association to participate as amicus curiae and to file an amicus brief is GRANTED. The amicus brief submitted on October 19, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2018



Clerk